HOPPES BUILDERS AND DEVELOPMENT COMPANY *v.* HURREN BUILDERS, INC. ET AL.; ERB LUMBER COMPANY, APPELLANT; COLE ACTON HARMON DUNN, L.P.A., APPELLEE.

[Cite as *Hoppes Bldrs. & Dev. Co. v. Hurren Bldrs., Inc.* (1998), 81 Ohio St.3d 1233.]

(No. 96–2702—Submitted January 13, 1998—Decided March 4, 1998.)

*Klein & Zegarski, Daniel S. Zegarski* and *Stephen E. Klein,* for appellant.

*Cole Acton Harmon Dunn, L.P.A.,* and *Joseph A. Dunn,* for appellee.

*Thompson, Hine & Flory, L.L.P., J. Raymond Prohaska* and *Anne E. Hadden,* urging affirmance for *amicus curiae,* Ohio Land Title Association.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.